IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR533-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONALD NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) At the request of the defendant through his counsel, the defendant will participate in his Rule 35 hearing on January 16, 2008, at 1:15 p.m., by telephone.

(2) The Marshal is directed not to return the defendant to the district.

(3) The defendant is held to have waived his right to be present.

December 13, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge