**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD F. NORDEN,<br><br>        Defendant. | 8:03CR533<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

    Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

    The above-named defendant shall be detained until further order, because:

  **X**    The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

          The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>the defendant allegedly possessed marijuana within less than two weeks of being released. He was highly agitated and used vulgar profanity when the Marshals went to the York County Jail to transport him to Lincoln for the hearing, and during transport, the defendant explained to the Marshals that he was arrested in York County (which lead to his arrest on the outstanding warrant in this case) because he became upset and rear-ended a law enforcement vehicle after a "COP" passed him, returned to the lane in front of him, and hit the brakes. The court finds the defendant lacks respect for authority or rules of law, is unable control his temper, and as a result of these circumstances, poses a risk to others if released.</u>

**IT HEREBY IS FURTHER ORDERED:**

    The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:  June 29, 2011                        BY THE COURT:

                                                    *s/Cheryl R. Zwart*
                                                    United States Magistrate Judge