IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR533 |
| V. | ) | |
| DONALD F. NORDEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion to continue (filing 207) is granted.

(2)   Defendant Norden's revocation hearing is continued toThursday, November 3, 2011, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 18th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge