IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )   CASE NO.  8:03-CR-00533<br>v.  )<br>  )<br>DONALD NORDEN,  )<br>  )<br>  Defendant.  ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 220, presently set for November 3, 2011, at 12:30 p.m.  Being fully advised in the premises, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's supervised release revocation hearing shall be set for the Thursday, February 2, 2012, at 1:00 p.m.  The Defendant is ordered to appear at said time.

Dated this 31st day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge