IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD NORDEN, )<br>)<br>Defendant. ) | CASE NO. 8:03CR533 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 225, presently set for February 7, 2012, at 1:00 p.m.  Being fully advised in the premises, and noting that the government and probation office have no objection, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's revocation hearing shall be continued until the 15th day of May, 2012, at 12:30 p.m.  The Defendant is ordered to appear at said time.

Dated this 31st day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge