IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>             Plaintiff,                       )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>DONALD NORDEN,                        )<br>                                                            )<br>             Defendant.                   ) | Case No. 8:03CR533<br><br>**ORDER** |

   THIS MATTER comes before the Court on Defendant's Request to File A Restricted Document (filing 257). The Court, being fully advised in the premises, finds that said Motion should be granted.

   IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file the Defendant's Request to File Defendant's Unopposed Motion to Continue Sentencing Hearing as a restricted document.

   IT IS FURTHER ORDERED that the foregoing filing be made available to case participants only.

   DATED this 9th day of January, 2014.

                                                                              BY THE COURT:

                                                                              s/ *Richard G. Kopf*
                                                                              Senior United States District Judge